Case 3:02-cv-01359-HU   Document 45-2   Filed 07/15/03   Page 1 of 1

**This document has been ordered SEALED by the Court**

