IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| COLLEGENET, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLYYOURSELF, INC., a Delaware corporation,<br><br>        Defendant. | Nos. CV-02-484-HU (LEAD CASE)<br>     CV-02-1359-HU<br><br>ORDER |

John D. Vandenberg
Scott E. Davis
Kristin L. Cleveland
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204

Robert A. Shlacter
STOLL STOLL BERNE LOKTING & SHLACTER, P.C.
209 S. W. Oak, Suite 500
Portland, Oregon 97204

    Attorneys for Plaintiff

Kathleen C. Bricken
GARVEY SCHUBERT BARER
121 S.W. Morrison Street
Portland, Oregon 97204-3141

/ / /

/ / /

1 - ORDER

```
1   Lawrence E. Carr III
    Raymond C. Jones
2   Timothy Feely
    CARR, MORRIS & GRAEFF, P.C.
3   1120 G Street, N.W., Suite 930
    Washington, D.C. 20005
4
         Attorneys for Defendant
5
```

HUBEL, Magistrate Judge:

In an October 28, 2003 Opinion and Order, I granted defendant's motion to stay the execution of the judgment and the injunctive relief pending resolution of its JMOL motion on non-infringement. Oral argument on that JMOL motion was heard today. I issue this separate order to clarify that the intent of the October 28, 2003 Opinion and Order was to stay the execution of the judgment and the injunctive relief until I issue an Opinion and Order on defendant's JMOL motion regarding non-infringement. That stay does not expire today and remains in effect until the filing of the forthcoming Opinion and Order on defendant's JMOL motion regarding non-infringement.

IT IS SO ORDERED.

Dated this __24th__ day of __November__, 2003

        __/s/ Dennis James Hubel__
        Dennis James Hubel
        United States Magistrate Judge

2 - ORDER