**John D. Vandenberg**, OSB #89375
Email:  john.vandenberg@klarquist.com
**Scott E. Davis**, OSB #02288
Email:  scott.davis@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

**Michael N. Zachary**, OSB #04120
Email:  michael.zachary@klarquist.com
KLARQUIST SPARKMAN, LLP
600 University Street, Suite 2950
Seattle, WA 98101
Telephone:  206-264-2960
Facsimile:  206-624-2719

*Attorneys for Plaintiff CollegeNET, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| COLLEGENET, INC., a Delaware corporation, | Civil Nos. 02-CV-484-HU (LEAD CASE) 02-CV-1359-HU |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| APPLYYOURSELF, INC., a Delaware corporation, | |
| Defendant. | |

Based on the parties having advised the Court that they have reached a Settlement Agreement, which calls for entry of this Consent Judgment, and the consent of the parties to entry of the following judgment;

IT IS HEREBY ORDERED that FINAL JUDGMENT is entered as follows:

1. Paragraphs 1-14 of the judgment of the Court entered in this matter on October 15, 2003, [Dkt. No. 356] are incorporated herein and the Court retains jurisdiction to enforce the terms of the injunction relating to United States Patent No. 6,345,278.

2. The claims of United States Patent No. 6,460,042 are not invalid and not unenforceable.

3. All remaining claims and counterclaims asserted herein are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

DATED: _____

_____
DENNIS J. HUBEL
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Dated: April 21, 2009       By:       s/Scott E. Davis
**John D. Vandenberg**, OSB #89375
Email: john.vandenberg@klarquist.com
**Scott E. Davis**, OSB #02288
Email: scott.davis@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-228-9446

**Michael N. Zachary**, OSB #04120
Email: michael.zachary@klarquist.com
KLARQUIST SPARKMAN, LLP
600 University Street, Suite 2950
Seattle, WA 98101
Telephone: 206-264-2960
Facsimile: 206-624-2719

*Attorneys for Plaintiff CollegeNET, Inc.*

By:       s/Kathleen C. Bricken
**Kathleen C. Bricken**, OSB #94266
Email: kbricken@gsblaw.com
Garvey, Schubert & Barer
121 S.W. Morrison St., Eleventh Floor
Portland, Oregon 97204-3141
Telephone: 503-228-3939
Facsimile: 503-226-0259

**J. Michael Jakes**
Email: mike.jakes@finnegan.com
**Robert Shaffer**
Email: robert.shaffer@finnegan.com
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Defendant ApplyYourself, Inc.*

CONSENT JUDGMENT
Page 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2009, a true copy of the foregoing

**CONSENT JUDGMENT**, was served via electronic mail to:

| | |
|---|---|
| **Christopher J. Lewis**<br>Email: clewis@schwabe.com<br>SCHWABE WILLIAMSON & WYATT, PC<br>1211 SW Fifth Avenue<br>Portland, OR 97204<br>Telephone: (503) 796-2456<br>Facsimile: (503) 796-2900 | **Kathleen C. Bricken**, OSB #94266<br>Email: kbricken@gsblaw.com<br>Garvey, Schubert & Barer<br>121 S.W. Morrison St., Eleventh Floor<br>Portland, Oregon 97204-3141<br>Telephone: 503-228-3939<br>Facsimile: 503-226-0259 |
| **Steven E. Tiller**, *Pro Hac Vice*<br>Email: stiller@wtplaw.com<br>WHITEFORD TAYLOR & PRESTON, LLP<br>7 Saint Paul Street<br>Baltimore, MD 21202<br>Telephone: (410) 347-8700<br>Facsimile: (410) 223-4303<br><br>*Attorneys for Defendants ApplicationsOnline, LLC and Common Application, Inc* | **J. Michael Jakes**<br>Email: mike.jakes@finnegan.com<br>**Robert Shaffer**<br>Email: robert.shaffer@finnegan.com<br>Finnegan, Henderson, Farabow,<br>Garrett & Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>*Attorneys for Defendant ApplyYourself, Inc.* |

        **By:**    s/Scott E. Davis
            **Michael N. Zachary**, OSB #04120
            Email: michael.zachary@klarquist.com
            **Scott E. Davis**, OSB #02288
            Email: scott.davis@klarquist.com
            KLARQUIST SPARKMAN, LLP
            121 S.W. Salmon Street, Suite 1600
            Portland, Oregon 97204
            Telephone: 503-595-5300
            Facsimile: 503-595-5301