**Scott E. Davis, OSB No. 022883**
scott.davis@klarquist.com
**John Vandenberg, OSB 893755**
john.vandenberg@klarquist.com
**Michael N. Zachary, OSB No.041201**
michael.zachary@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street Suite 1600
Portland, OR 97204
Telephone: 503.595.5300
Facsimile: 503.595.5301

**Susan E. Foster** (admitted pro hac vice)
sfoster@perkinscoie.com
**Scott D. Eads, OSB No. 910400**
seads@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff CollegeNET, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COLLEGENET, INC.**,<br><br>           Plaintiff,<br>    v.<br><br>**APPLYYOURSELF, INC.,** a Delaware corporation,<br><br>           Defendant. | **No. 02-cv-484-HU (LEAD CASE)**<br>**02-cv-1359-HU**<br><br>**MOTION TO VACATE INTERLOCUTORY ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY BASED ON COLLATERAL ESTOPPEL AND TO ENTER CONSENT JUDGMENT IN ITS CURRENT FORM**<br><br>By Plaintiff CollegeNET, Inc.<br>Pursuant to Fed. R. Civ. P. 54(b)<br><br>**ORAL ARGUMENT REQUESTED** |

1- COLLEGENET'S MOTION TO VACATE AND TO ENTER CONSENT JUDGMENT

43081-0004/LEGAL16085289.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Plaintiff CollegeNET, Inc. moves the Court under Federal Rule of Civil Procedure 54(b) to vacate the Order granting Defendant's Motion for Summary Judgment of Invalidity Based on Collateral Estoppel [Dkt. No. 697] and to enter the Consent Judgment submitted to this Court on April 21, 2009 [Dkt. No. 720] in its current form.  This motion is supported by a separately filed Memorandum and the Declaration of Scott D. Eads with Exhibits A-F thereto.

Pursuant to Local Rule 7.1, the Parties have conferred and Defendant ApplyYourself takes no position on this motion, but reserves the right to respond to it.

DATED: May 11, 2009.

Respectfully submitted,

**PERKINS COIE LLP**

  /s/ Scott D. Eads
Scott D. Eads, OSB No. 91040
1120 N.W. Couch St. 10th Floor
Portland, Oregon 97209-4128
Telephone:  503-727-2000
Facsimile: 503-727-2222

Scott E. Davis, OSB No. 022883
scott.davis@klarquist.com
Michael N. Zachary, OSB No.041201
michael.zachary@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street Suite 1600
Portland, OR 97204
Telephone: 503.595.5300
Facsimile: 503.595.5301

Attorneys for Plaintiff CollegeNET, Inc.

2-   COLLEGENET'S MOTION TO VACATE AND TO ENTER CONSENT JUDGMENT

43081-0004/LEGAL16085289.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222