**Scott E. Davis, OSB No. 022883**
scott.davis@klarquist.com
**John Vandenberg, OSB 893755**
john.vandenberg@klarquist.com
**Michael N. Zachary, OSB No.041201**
michael.zachary@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street Suite 1600
Portland, OR 97204
Telephone: 503.595.5300
Facsimile: 503.595.5301

**Susan E. Foster** (admitted pro hac vice)
sfoster@perkinscoie.com
**Scott D. Eads, OSB No. 910400**
seads@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff CollegeNET, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COLLEGENET, INC.**,<br><br>　　　　　Plaintiff,<br>　v.<br><br>**APPLYYOURSELF, INC.,**<br><br>　　　　　Defendant. | No. 02-cv-484-HU (LEAD CASE)<br>02-cv-1359-HU<br><br>**UNOPPOSED RENEWED MOTION TO VACATE INTERLOCUTORY ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY BASED ON COLLATERAL ESTOPPEL AND TO ENTER AGREED CONSENT JUDGMENT**<br><br>By Plaintiff CollegeNET, Inc. Pursuant to Fed. R. Civ. P. 54(b) and 60(b)(5) |

1- COLLEGENET'S UNOPPOSED RENEWED MOTION TO VACATE AND TO ENTER AGREED CONSENT JUDGMENT
43081-0016/LEGAL16348179.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Plaintiff CollegeNET, Inc. respectfully renews its May 11, 2009 motion to vacate the Order granting Defendant's Motion for Summary Judgment of Invalidity Based on Collateral Estoppel [Dkt. No. 697] and to enter the agreed Consent Judgment submitted to this Court on April 21, 2009 [Dkt. No. 720] in its current form.  This motion is supported by a separately filed Memorandum and the Declaration of Scott D. Eads with Exhibit A attached thereto.  This renewed motion is based upon an Order issued by Judge Brown on June 9, 2009 vacating the Judgment in the Xap case which provided the basis for the Summary Judgment Order sought to be vacated here.

Pursuant to Local Rule 7.1, the Parties have conferred and Defendant ApplyYourself takes no position on this motion.

DATED: June 10, 2009.

Respectfully submitted,

**PERKINS COIE LLP**

 /s/ Scott D. Eads
Scott D. Eads, OSB No. 91040
1120 N.W. Couch St. 10th Floor
Portland, Oregon 97209-4128
Telephone:  503-727-2000
Facsimile: 503-727-2222

Scott E. Davis, OSB No. 022883
scott.davis@klarquist.com
Michael N. Zachary, OSB No.041201
michael.zachary@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street Suite 1600
Portland, OR 97204
Telephone: 503.595.5300
Facsimile: 503.595.5301

Attorneys for Plaintiff CollegeNET, Inc.

2- COLLEGENET'S UNOPPOSED RENEWED MOTION TO VACATE AND TO ENTER AGREED CONSENT JUDGMENT
43081-0016/LEGAL16348179.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222